## RECONSIDERATION DOCKET

**93–1098.** State v. Gill. *Franklin County,* No. 92AP–945. Reported at 70 Ohio St.3d 150, 637 N.E.2d 897. On motion for reconsideration by appellant, motion for reconsideration by appellee, and on *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Central Ohio Association of Criminal Defense Lawyers. Motions denied.

WRIGHT and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**94–38.** Sylvania v. Robinson. *Lucas County,* No. L–93–197. Reported at 70 Ohio St.3d 150, 637 N.E.2d 897. On motion for reconsideration and/or motion to clarify court order. Motions denied.

WRIGHT and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**94–718.** Woods v. Woods. *Montgomery County,* No. 13487. Reported at 70 Ohio St.3d 1427, 638 N.E.2d 88. On motion for reconsideration. Motion denied.

**94–1025.** In re Aultman Hosp. *Franklin County,* No. 93APH08–1210. Reported at 70 Ohio St.3d 1427, 638 N.E.2d 89. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**94–1098.** Snyder v. Parkway Local Schools. *Mercer County,* No. 10–93–18. Reported at 70 Ohio St.3d 1427, 638 N.E.2d 89. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**94–1123.** Fiste v. Atlantic Mut. Ins. Co. *Franklin County,* No. 93APE09–1353. Reported at 70 Ohio St.3d 1425, 638 N.E.2d 87. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**94–1440.** State v. Lundgren. *Lake County,* No. 90–L–15125. Reported at 70 Ohio St.3d 1423, 638 N.E.2d 86. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**94–1542.** State ex rel. Wilson v. Sweeney. In Mandamus. Reported at 70 Ohio St.3d 1436, 638 N.E.2d 1040. On motion for reconsideration. Motion denied.